IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, NORTH CENTRAL LABORERS' WELFARE FUND CENTRAL LABORERS' ANNUITY FUND, GREAT PLAINS LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, NORTH CENTRAL LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST, NORTH CENTRAL MIDWEST REGION ORGANIZING COMMITTEE, WEST CENTRAL LABORERS' BUILDING TRADES, TRI-COUNTY CONSTRUCTION-LABOR MANAGEMENT COUNCIL, and NORTH CENTRAL WORK DUES, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 05-3175 |
| BID CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |

## **OPINION**

RICHARD MILLS, U.S. District Judge

The Court now considers Plaintiff Central Laborers' Pension Fund,

1

et al.'s Motion for Default Judgment. In support of their motion, Plaintiffs state:

    1. The Complaint in this matter was filed on July 12, 2005.

    2. On July 25, 2005, Dean Essig, Registered Agent of Defendant, Bid Construction, Inc., was duly served by the Tazewell County Sheriff's Department with a Complaint and Summons.

    3. The Defendant has failed to file a responsive pleading within the statutory time frame.

    4. The Court entered an Order of Default on December 12, 2005.

    5. Plaintiffs are entitled to its attorney fees in the amount of $2,219.50 pursuant to 29 U.S.C. Section 1132(g)(2) and the trust agreements.

    6. Plaintiffs ask that judgment be entered in their favor for delinquent contributions, liquidated damages and audit costs for the period from July 1, 2001, through December 31, 2004, in the amount of $9,409.96.

    7. Plaintiffs also ask the Court to enter judgment against the

Defendant for unspecified unpaid contributions, liquidated damages, and costs.

The Court will enter judgment in Plaintiffs' favor as to the $2,219.50 in attorneys' fees and the $9,409.96 owed for delinquent contributions, liquidated damages, and audit costs accrued from July 1, 2001, through December 31, 2004. However, the Court will not presently enter judgment against the Defendant for any other unpaid contributions, liquidated damages, or costs. The Plaintiffs will be given leave to calculate what those sums are as of the date of this judgment. Plaintiffs may then submit affidavits verifying those costs and petition the Court for costs and additional damages.

Ergo, Plaintiff Central Laborers' Pension Fund, et al.'s Motion for Default Judgment (d/e 9) is ALLOWED insofar as its request for $2,219.50 in attorneys' fees and the $9,409.96 owed for delinquent contributions, liquidated damages, and audit costs accrued from July 1, 2001, through December 31, 2004. If the Plaintiffs wish to pursue costs and additional damages, they must file a petition and all relevant

affidavits, *etc*. by January 19, 2006.

IT IS SO ORDERED.

ENTER:  January 4, 2006

FOR THE COURT:                              s/ Richard Mills
                                   United States District Judge